## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-09035-MEMF-JC | | Date | January 30, 2025 |
|---|---|---|---|---|
| Title | Joundi White v. City of Los Angeles, et al. | | | |

Present: The Honorable    Jacqueline Chooljian, United States Magistrate Judge

| Kerri Hays | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**    (IN CHAMBERS)

### ORDER TO SHOW CAUSE

On October 21, 2024, Plaintiff filed a Complaint against multiple Defendants including Chief of Police Dominic Choi, Officer Goetting, Officer Reyna, and Officer Ochoa ("Defendants in Issue"). (Docket No. 1). On October 24, 2024, the Court issued an order ("October Order") advising Plaintiff that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and the October Order, Plaintiff's time to effect service of the Summons and Complaint on each named Defendant would expire within 90 days of the filing of the Complaint, *i.e.*, on January 21, 2025. (Docket No. 5). The October Order directed Plaintiff to file separate proof of service forms for each defendant served within the 90-day period, and cautioned that Plaintiff's failure to effectuate proper service by January 21, 2025, may result in dismissal of the action without prejudice as to any unserved defendants. To date, Plaintiff has failed to file any proof of service forms reflecting that the Defendants in Issue have been served, and the Defendants in Issue have not appeared in this action.[1]

IT IS THEREFORE ORDERED, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, that by not later than **February 10, 2025**, Plaintiff shall show good cause, if there be any, why service was not made on the Defendants in Issue by January 21, 2025 and why this case should not be dismissed without prejudice as against the Defendants in Issue for failure to effectuate service and for lack of prosecution. Failure timely to respond to this Order to Show Cause or to show good cause, may result in the dismissal of this action without prejudice as to the Defendants in Issue for failure to effectuate service and/or for lack of prosecution.

IT IS SO ORDERED.

---

[1]Although Plaintiff has not filed a proof of service for any Defendant in this action, the other named Defendants – the City of Los Angeles, the Los Angeles Board of Police Commissioners, the Los Angeles Police Department, and Mayor Karen Bass – have appeared and filed Answers to the Complaint. (Docket Nos. 6, 9).