# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-09035-MEMF-JC | Date | March 25, 2025 |
|---|---|---|---|
| Title | Joundi White v. City of Los Angeles, et al. | | |

Present: The Honorable Jacqueline Chooljian, United States Magistrate Judge

| Kerri Hays | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: none

Attorneys Present for Defendants: none

**Proceedings:** (IN CHAMBERS)

### ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH SCHEDULING ORDER AND TO FILE STATUS REPORT

On December 11, 2024, this Court issued a Case Management and Scheduling Order ("Case Management Order") which directed each party to, among other things, file and serve a status report no later than February 11, 2025. See Case Management Order, ¶ 10. Although the Defendants who have appeared in this action timely filed such a status report, Plaintiff did not do so. To date, Plaintiff has failed to file a status report or to seek an extension of time to do so.

IT IS ORDERED that the Plaintiff shall show cause in writing, on or before **April 8, 2025**, as to why monetary sanctions or other disciplinary measures as deemed appropriate, including dismissal of the case for failure to prosecute should not be imposed for failure to file a timely status report as called for by the Case Management Order.

**Plaintiff is cautioned that the failure to comply with this Order and/or to show good cause, may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute and or for failure to comply with the Court's Orders.**

IT IS SO ORDERED.