FILED

2025 MAR 27 PM 2:52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: _____

Joundi White
309 E Hillcrest Blvd
Inglewood, CA 90301
(714) 855-9894
Jawhite711@yahoo.com
Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOUNDI WHITE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; LOS ANGELES BOARD OF POLICE COMMISSIONERS; LOS ANGELES POLICE DEPARTMENT; MAYOR KAREN BASS; CHIEF OF POLICE DOMINIC CHOI; OFFICER GOEITTING; OFFICER REYNA; OFFICER OCHOA; and DOES 1-5,<br>Defendants. | **CASE NO. 2:24-cv-09035-MEMF-JC**<br><br>*Hon. Maame Ewusi-Mensah Frimpong*<br>*Crtrm. 8B (First Street Courthouse, 5th Floor)*<br>*Hon. Mag. Judge Jacqueline Chooljian*<br>*Crtrm. 750 (Roybal Federal Bldg. 7th Floor)*<br><br>**RESPONSE TO ORDER TO SHOW CAUSE (DKT. 11)** |

**TO THE HONORABLE COURT:**

Plaintiff Joundi White ("Plaintiff") hereby responds to the Court's Order to Show Cause (Dkt. 11) why this action should not be dismissed.

**a. Notice**

All defendants were properly and timely served by the Court's deadline of January 21, 2025.

Defendants Goetting, Reyna, and Ochoa incorrectly assert that they were not properly served. Proofs of service have been filed with this Court showing the dates of service on each Defendant.

Moreover, the Answer to the Summons and Complaint filed by these Defendants demonstrates that these Defendants received adequate notice of the action against them.

**b. Lack of Prosecution**

At the beginning of 2025, Plaintiff was overwhelmed with illness and could not respond to the Court's Order, despite every intention to prosecute this case.

The attached Declaration, accompanied by supporting documentation regarding Plaintiff's treatment in Appendix A, attest to the fact that Plaintiff was unable (but not unwilling) to take the initial steps necessary to move this action forward.

Based on the foregoing, Plaintiff establishes good cause that the Court shall not dismiss this action.

Respectfully submitted,

*Joundi White*

Dated: March 26, 2025

Joundi White
Plaintiff in Pro Per

## Declaration of Joundi White

I, Joundi White, declare the following:

1. I am the plaintiff in this case.

2. I am proceeding in this matter in pro per.

3. Defendants were properly and timely served with the summons and complaint that initiated this litigation.

4. Proofs of service have been filed with this Court.

5. Despite my best efforts, I was unable to respond timely to the Court's Order to Show Cause (Dkt. 11) due to illness between December 2024 and March 2025, documentation of which is attached as Appendix A.

6. I intend to fully prosecute this litigation against Defendants.

Respectfully submitted,

Dated: March 26, 2025

*/s/ Joundi White*

Joundi White
Plaintiff in Pro Per

<u>APPENDIX A</u>

March 24, 2025
To Whom It May Concern,

I am writing in my capacity as a Licensed Independent Clinical Social Worker, with six years of experience in the field of mental health, to provide a professional statement regarding my client, Joundi White, whom I have been seeing since 2023.

This letter is intended for use in providing insight into Joundi's state of mind over the last four months. My client has struggled with increasing levels of stress due to unforeseen circumstances. We have worked on managing that anxiety within our sessions. It has been brought to my attention that Joundi has missed a scheduled court appointment and in my professional opinion his state of mind greatly contributed to this oversight.

Please note that the information provided in this letter is confidential and has been shared with Joundi White's consent for the specific purpose of providing context for his missed appointment. I have not included any information that would violate client-therapist privilege.

Should you require any further information or clarification, I am available to provide additional details as permitted by law and within the bounds of confidentiality. You may contact me at jarvis@writeofhealing.com.

Thank you for your attention to this matter.

Best Regards,
Jarvis T. Cleveland
LICSW

**PROOF OF SERVICE**

*Joundi White v. City of Los Angeles, et al.*

USDC Case No. 2:24-cv-09035-MEMF-JC

I, JUDE POND, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 3055 Wilshire Blvd, Suite 360, Los Angeles, CA 90010.

On March 27, 2025, I served the document described as RESPONSE TO ORDER TO SHOW CAUSE (DKT. 11) FILED BY PLAINTIFF JOUNDI WHITE on all interested parties or their attorneys as listed below.

DEFENDANTS CITY OF LOS ANGELES; LOS ANGELES BOARD OF POLICE COMMISSIONERS; LOS ANGELES POLICE DEPARTMENT; MAYOR KAREN BASS; OFFICER GOEITTING; OFFICER REYNA

*Served via*

Hydee Feldstein Soto, City Attorney
Denise C. Mills, Chief Deputy City Attorney
Kathleen Kenealy, Chief Assistant City Attorney
Cory M. Brente, Senior Assistant City Attorney
Dordaneh Ghaemi, Deputy City Attorney
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900
Fax No.: (213) 978-8785
dordaneh.ghaemi@lacity.org

*Attorneys for Defendants* CITY OF LOS ANGELES; LOS ANGELES BOARD OF POLICE COMMISSIONERS; LOS ANGELES POLICE DEPARTMENT; MAYOR KAREN BASS; OFFICER GOEITTING; and OFFICER REYNA

DEFENDANT LOS ANGELES POLICE DEPARTMENT CHIEF OF POLICE (NOW JIM MCDONNELL)
100 W 1st Street
Los Angeles, CA 90012

DEFENDANT OFFICER OCHOA
Los Angeles Police Department
Southwest Community Police Station
1546 W Martin Luther King Jr Blvd
Los Angeles, CA 90062

[X] BY MAIL

    I deposited the document with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

    I hereby certify under the penalty of perjury that the foregoing is true and correct.

    Executed on March 27, 2025, at Los Angeles, California.

/s/ *Jude Pond*
JUDE POND